Sydney L. Finkel, as Administratrix of the Estate of Frank Levine, Deceased, et al., Appellants-Respondents, v. Jules L. Lozea, Respondent-Appellant.— On defendant's motion to strike allegations, plaintiffs' counsel, on argument, consented to have stricken the words "and still is" from paragraph third of the amended complaint. The word "arbitrarily" in paragraph seventh is directed to be stricken. Accordingly, on defendant's appeal, the order is unanimously modified to strike out the above-quoted words, and, as so modified, affirmed. On plaintiffs' appeal, the order is unanimously affirmed in all respects, with $20 costs and disbursements to the defendant-respondent. Settle order on notice. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

Jacob Ruppert (a Corporation), Appellant, v. Philip F. Stevralia et al., Copartners Doing Business as Stevralia & Dippold, Respondents, et al., Defendants.— Judgment dismissing the complaint after trial unanimously affirmed, with costs. The proof was ample to justify the trial court in finding that the defense of estoppel has been established. Consequently, it is unnecessary to pass upon the other issues raised, including the materiality or the sufficiency of those findings to which exception was taken. Order unanimously affirmed. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

The People of the State of New York, Respondent, v. Frank Del Purgatorio and Sydney Rosenthal, Appellants.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

Kenmare Garage, Inc., Appellant-Respondent, v. Mitchell P. Miller et al., Respondents-Appellants, and Louisiade Corporation, Impleaded Defendant-Respondent.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

Harry W. Sorkin, Respondent, v. Sidney Segal et al., Copartners Doing Business under the Name of Premier Breakfast Furniture Co., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

Kaye-Tex Manufacturing Corp., Respondent, v. Banner Manufacturing Co., Inc., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

In the Matter of Macan Estates, Inc., Appellant, against Joseph D. McGoldrick, as Commissioner of the Temporary State Housing Rent Commission and State Rent Administrator, Respondent, and Harold Schindler et al., Interveners, Respondents.— The State Rent Commission was warranted in granting rent reductions here, but it should have directed the reductions to become effective as of March 13, 1951, instead of October 2, 1950. Although the landlord had previously converted the elevators from manual to self-service